**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**



| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| **Plaintiff,** | : | |
| | : | JUDGE |
| v. | : | |
| | : | **I N D I C T M E N T** |
| **ELIJAH HARPER,** | : | |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | : | |
| | : | **FORFEITURE ALLEGATION** |
| | : | |

**THE GRAND JURY CHARGES**:

### COUNT 1
#### (Possession by a Prohibited Person)

On or about October 15, 2025, in the Southern District of Ohio, the defendant, **ELIJAH HARPER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is a Rock Island Armory, model 1911 A1-FS, .45 caliber semiautomatic pistol, bearing serial number RIA1753096, and eight (8) Rounds of .45 caliber ammunition, and the firearm and ammunition was in and affecting interstate commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **ELIJAH HARPER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to:

a.  a Rock Island Armory, model 1911 A1-FS, .45 caliber semiautomatic pistol, bearing serial number RIA1753096, with any attachments, and

b.  Eight (8) rounds of .45 caliber ammunition.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

S/ FOREMAN

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**EBUNOLUWA A. TAIWO**
**ASSISTANT UNITED STATES ATTORNEY**

2